# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Joseph Allen Cowart                    Docket No. 0650 2:11CR00002 - 5

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Dariel S Blackledge-White , PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant  Joseph Allen Cowart  who was placed under pretrial release supervision by the Honorable E. Clifton Knowles, U.S. Magistrate Judge sitting in the Court at **Nashville, Tennessee**, on April 20, 2011, under the following conditions:  Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

Dariel S Blackledge-White         Nashville, TN              April 30, 2014
U.S. Pretrial Services Officer    Place:                     Date:

**Next Scheduled Court Event**   **Trial**                   August 04, 2014
                                 Event                       Date

## PETITIONING THE COURT

☒ No Action                        ☐ To issue an order setting a hearing on the petition
☐ To Issue a Warrant               ☐ Other

---

THE COURT ORDERS:
☒ No Action                                        ☐ A Hearing on the Petition is set for
☐ The Issuance of a Warrant.
    ☐ Sealed Pending Warrant Execution
       (cc: U.S. Probation and U.S. Marshals only)     _____   _____
☐ Other                                                Date                Time

Considered and ordered this  8th  day of  May , 2014 , and ordered filed and made a part of the records in the above case.

Honorable Aleta A. Trauger
U.S. District Judge

Honorable Aleta A. Trauger
U.S. District Judge
Petition for Action on
COWART, Joseph Allen
Case No. 2:11CR00002-05
April 30, 2014

On April 20, 2011, defendant Joseph Allen Cowart appeared before the Honorable E. Clifton Knowles, U.S. Magistrate Judge, for an Initial Appearance charged with violating Title 21 U.S.C. §§ 841(a) and 846 to wit: Conspiracy to Possess With Intent to Distribute Oxycodone, Hydrocodone, and Alprazolam. The defendant was released on a personal recognizance bond with pretrial supervision.

On January 19, 2012, the defendant entered a guilty plea before Your Honor and was ordered to remain on bond under the same conditions. His sentencing hearing was scheduled for March 20, 2013, at 2:30 p.m.

**Special Conditions of Release:**

Please reference the attached Order Setting Conditions of Release.

**VIOLATION(S):**

**Violation No. 1: The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.**

On February 23, 2013, the defendant was arrested in Cumberland County, Tennessee, having been charged with Driving Under the Influence (Citation No. 146867G) and Failure to Exercise Due Care (Citation No. V519550).

On March 13, 2014, Mr. Cowart appeared in the General Sessions Court of Cumberland County, Tennessee, and he pled guilty to Driving Under the Influence. He was sentenced to 11 months, 29 days' custody at 75%, with all but 48 hours suspended. The defendant was placed on 11 months, 29 days' good behavior probation with no reporting requirements. A $365 fine plus costs were assessed, and Mr. Cowart's driver license was suspended for one year. The court ordered the defendant to report on April 25, 2014, for service of his 48-hour jail term. Additionally, defendant Cowart was ordered to satisfy all financial obligations by August 11, 2014, and the charge of Failure to Exercise Due Care was dismissed.

**Current Status of Case:**

The defendant's sentencing hearing is scheduled for August 4, 2014, at 2:00 p.m.

Honorable Aleta A. Trauger
U.S. District Judge
Petition for Action on
COWART, Joseph Allen
Case No. 2:11CR00002-05
April 30, 2014

**Probation Officer Action:**

The supervising officer obtained the final disposition from the Cumberland County General Sessions Court and documented the same.

**Respectfully Petitioning the Court as Follows**:

As this violation was addressed by the Court on March 7, 2013, Pretrial Services submits the disposition of the state cases for informational purposes only and respectfully recommends that no action be taken at this time.

Approved:

_____
Vidette A. Putnam
Supervisory U.S. Probation Officer


xc: Blanche Cook, Assistant U.S. Attorney
      Harold McDonough, Jr., Assistant U.S. Attorney
      Kimberly Hodde, Defense Counsel


Enclosures

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

United States of America

V.

__JOSEPH ALLEN COWART__
Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number: 2:11-00002-5

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____
Place

_____ on _____
Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) The defendant promises to appear at all proceedings as required and to surrender

( ) The defendant executes an unsecured bond binding the defendant to pay _____ dollar _____ )
in the event of a failure to appear as required or to surrender as directed for

DISTRIBUTION: COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
  (Name of person or organization) _____
  (Address) _____
  (City and state) _____ (Tel. No.) _____
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____   _____
        Custodian or Proxy    Date

( X ) (7) The defendant shall:
  (X)(a) report to the U.S. Pretrial Services as directed, *including weekly reporting by telephone.*
    telephone number (615) 736-5771, not later than _____.
  ( )(b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
  ( )(c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described
  ( )(d) execute a bail bond with solvent sureties in the amount of $ _____.
  (X)(e) maintain or actively seek employment.
  ( )(f) maintain or commence an education program.
  (X)(g) surrender any passport to: *Pretrial Services*
  (X)(h) obtain no new passport.
  (X)(i) abide by the following restrictions on ~~personal association, place of abode, or~~ travel: *restricted to MDTN, without prior approval of Pretrial Services*
  (X)(j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: *codefendants, except for his son with regard to family matters*
  ( )(k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
  ( )(l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):
  ( )(m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
  (X)(n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
  ( )(o) refrain from ( ) any ( ) excessive use of alcohol.
  (X)(p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  (X)(q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
  (X)(r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
  (X)(s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing ~~or electronic monitoring~~ which is (~~are~~) required as a condition(s) of release.
  ( )(t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
    ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
    ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
    ( ) (iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
  (X)(u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop. *and within 48 hours*
  (X)(v) Shall permit Pretrial Services Officer to visit you at home or elsewhere at any time, and allow Pretrial Services Officer to confiscate any contraband in plain view.
  (X)(w) *If any drugs are prescribed or have been prescribed, Defendant shall report those prescriptions to Pretrial Services.*
  ( )(x) _____

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL
Case 2:11-cr-00002   Document 217   Filed 04/20/11   Page 2 of 3 PageID #: 299
Case 2:11-cr-00002   Document 1680   Filed 05/08/14   Page 5 of 6 PageID #: 4410

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

### Directions to United States Marshal

( x ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: April 20, 2011

_____
Signature of Judicial Officer

E. CLIFTON KNOWLES, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL